AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

LOCATION AND IDENTIFYING INFORMATION, MAINTAINED BY GOOGLE LLC, AND GENERATED BY ELECTRONIC DEVICES AT OR NEAR THE NORTH REDONDO BEACH, POMONA, AND RANCHO CUCAMONGA POST OFFICES

)
)
)
)
)
)
)

Case No. 19-918M (NJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property over which the Court has jurisdiction pursuant to Title 18, United States Code, Sections 2703 and 2711:

See Attachment A

This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE September 13, 2019 *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Nancy Joseph___.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of  2/26/2020.

Date and time issued: August 30, 2019 1:30 pm

_____
*Judge's signature*

City and State: Milwaukee, Wisconsin    Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

# Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2874146-PMN | 08/30/2019  3:15 PM | USPIS |

Inventory made in the presence of: N/A

Inventory of the property taken and/or name of any person(s) seized:

GOOGLE DID NOT RETURN ANY RESULTS.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 12/31/2019

_Executing officer's signature_

TYLER FINK, US POSTAL INSPECTOR
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: 12/31/2019

_United States Magistrate Judge_

## ATTACHMENT A

### Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) location history data, sourced from methods including GPS, wi-fi, and Bluetooth, generated from devices and that reported a device location within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) identifying information for Google Accounts associated with the responsive location history data.

### Initial Search Parameters

- Search Parameter 1
  - Date: July 31, 2019
  - Time Period: Pacific Daylight Time – Between 2:15 PM to 2:30 PM
  - Target Location: Geographical area identified as the polygonal area within GPS coordinates (33.872918, -118.371670), (33.872909, -118.370883), (33.873653, -118.371520), (33.873676, -118.371217), (33.873341, -118.371211), (33.873345, -118.370924), (33.873177, -118.370908), (33.873168, -118.371265), and (33.872929, -118.371247).
    - This is the location of the North Redondo Beach Post Office.
- Search Parameter 2
  - Date: July 22, 2019
  - Time Period: Pacific Daylight Time – Between 2:20 PM to 2:35 PM
  - Target Location: Geographical area identified as the polygonal area within GPS coordinates (34.060102, -117.758817), (34.060225, -117.758790), (34.060258, -117.757980), and (34.060002, -117.757934)
    - This is the location of the Pomona Post Office.
- Search Parameter 3
  - Date: July 22, 2019
  - Time Period: Pacific Daylight Time – Between 1:45 PM to 2:00 PM
  - Target Location: Geographical area identified as the polygonal area within GPS coordinates (34.099343, -117.566098), (34.099922, -117.566060), (34.099913, -117.565382), and (34.099291, -117.565358).
    - This is the location of the Rancho Cucamonga Post Office.

## ATTACHMENT B

### Particular Items to Be Seized

**I.  Information to be disclosed by Google**

Google shall provide responsive data (as described in Attachment A) to the government pursuant to the following process:

1. Google shall query location history data based on the Initial Search Parameters specified in Attachment A.

2. For each location point recorded within the Initial Search Parameters, Google shall produce to the government anonymized information specifying the corresponding unique device ID, timestamp, coordinates, display radius, and data source, if available (the "Anonymized List").

3. The government shall review the Anonymized List in order to prioritize the devices about which it wishes to obtain identifying information.

4. Google is required to disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Account associated with each device ID about which the government inquires.

## II. Information to Be Seized

All information described above in Section I that constitutes evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 846 (Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance) have been committed on July 22, 2019 and July 31, 2019 involving unknown persons.